[No. 30690-5-II.   Division Two.   November 9, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. CASSANDRA NEWMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-01201-6, James E. Warme, J., entered July 28, 2003. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 30989-1-II.   Division Two.   November 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN GALEN KELLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02451-3, Frederick W. Fleming, J., entered October 14, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 21980-1-III.   Division Three.   November 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK ROD WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 01-1-00035-9, E. Thompson Reynolds, J., entered March 17, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 21998-4-III.   Division Three.   November 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY L. BOCKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00915-3, Carolyn A. Brown, J., entered April 11, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.